App. Div.] Second Department, April, 1924.

THE CORPORATION OF FREDERICK SCHOLES, Respondent, v. THEODORE FICKE WAREHOUSES, INC., Appellant.— Motion for reargument denied. Motion for resettlement of order granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order before Mr. Justice Jaycox.

WILFRED J. CURRY, Appellant, v. JAMES M. MACKENZIE, Respondent.— Motion for reargument denied. Leave to appeal to the Court of Appeals is unnecessary. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HERBERT INVESTING CORPORATION, Respondent, v. FORE REALTY CORPORATION and Another, Defendants. HYMAN ROSEN, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAM R. HURST, by THERESA HURST, His Guardian ad Litem, Respondent, v. MICHAEL GREENBAUM, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. EDWARD W. ENGEL, Respondent.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to take evidence and report thereon to this court. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. ABRAHAM H. SPIEGELGASS, Respondent.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to take evidence and report thereon to this court. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Estate of DANIEL R. HANNA, Deceased. In the Matter of the Claim of JANE AVIS EVANS, a Creditor. (Appeals Nos. 1, 2, 3 and 4.) — Motions for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Estate of DANIEL R. HANNA, Deceased. In the Matter of the Claim of JANE AVIS EVANS, a Creditor. (Appeals Nos. 1, 2, 3 and 4.) — Motions for reargument of previous motions for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Summary Proceedings Brought by KENSINGTON GREAT NECK CORPORATION, Respondent, v. BAKER-CROWELL, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, and stay vacated. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HAROLD F. PARRISH, Respondent, v. STEWART JOHNSON, Appellant.— Motion for stay granted. Defendant's time to serve answer extended ten days from date. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY SZERLIP, Administrator, etc., of NATHAN SZERLIP, Deceased, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SAVOY FINANCE CORPORATION, Respondent, v. JOHN J. DELACEY and Another, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for Monday, May 5, 1924 (for which date the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SAMUEL WHITE, Respondent, v. ARTHUR P. WHITE and Another, Appellants.—